JON D. UNIVERSAL, SBN 141255
JAMES P. MAYO, SBN 169897
NEJLA NASSIRIAN, SBN 308730
BRETT H. WANNER, SBN 314025
**UNIVERSAL & SHANNON, LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070

Attorneys for Defendant **FCA US LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MERCADO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC, a Delaware Limited Liability, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 2:20-cv-01284-MCE-JDP<br><br>(Removed from Sacramento County Superior Court, Case No. 34-2020-00279361)<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is APPROVED.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED THAT the entire action, including all claims and counterclaims stated herein against all parties, is DISMISSED with prejudice.  Each side shall bear its own costs and attorney's fees, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE